I apologize for minimizing the time period, excuse my foreign witness right here in the entire way. This report, just this chart, by N further grounds that a human being with wishful consciousness or consciousness, there was a, this doctor, there was a student, this was kind of 2016, so the first year he was incarcerated, he was addressed to employees, there was a document that said he coupled with paraplegics, he was posted on the industry relations services website as an attorney doctor, and he coupled with a squarer. And, for a first talk, I'll put it on here so everybody can see, he was not a, he was not a public society, he was not a client of his, and I read, I read what, I read what went on in this particular situation. It came to this, basically, that Ferg, or the defendant, the defendant, the attorney doctor, for bankruptcy representation, or warranty, and Ferg, or Penny, or all of the employees in the field record, were in complete and full compliance with the SBC. They never returned. There was never a warranty that they combined. That is correct. So, the best we have is, this is what we claim to do. And, in what it seems to me what your argument is, this is what we've been given to do, but in the context of what happened before, and the fact that it was then issued thereafter, that that is somehow a misrepresentation. Yes, you're right. The fact that it was not a guarantee, it was not a guarantee, it was not a warranty, it most certainly was misrepresentation. It was as to which, Your Honor, it certainly was, but I believe that it's not vacant. But do you have any reason, Dan, that it makes any difference, as I understand it, in your argument, was what happened prior, and why they combined in this kind of circumstance? It's material, Your Honor. It's almost aspirational. It's almost aspirational. It was actionable. It was leading, because Mr. Hurd certainly was not silent. He was open to investment. He was open to investment. He said it was important. It was the context in which it was done. It seems that there has been, as far as I know, over the course of the last year, an issue with this as well. So, what's your opinion? Can you speak to that? Dan, there's no complaint. I think that's also said. This is material that may not have been said previously. File issues are unacceptable. Your Honor, what would be your actual response to the evaluation statement? I think it's very interesting. I think it's very interesting. Obviously, in the situation we're in right now, there's so many things that have stopped. So, it just seems to me that what you're meaning to do is to sit on this part of your case, to have a chance to have a chance to sit on this part of your case. I'll support this. It's fabulous. I think it's the case. I'll support this. I'm accommodating this, and we'll do whatever we can. So, it's a fabulous question. It makes a difference because he's the chief executive officer. He was the chairman of the corporation. And he was the one who said, we took the media literacy. We want to tolerate any violations. And he was the one who came after. And he's trying to reach you. He's saying that this is conduct that is very specific. No issues. It is unwanted sexual conduct. It is misuse of public funds. It is misuse of public funds. But as far as the sexual, you're saying that. He said I tolerated that totally because of you. He said what he did was the corporate corporation was fully, fully speaks to its officers and directors. And the chief executive officer of the corporation was saying if you will not tolerate, we take it seriously, we report all violations immediately. While he himself was heavily engaged in violations, for a period of many months and years, did not report any sex-separated instances to the officers, Tyler, the corporation director, did not try to resolve them. On all counts, the rest of the executive directors who acted were on their observer's public assistance at the time. The observer was making statements of zero tolerance. While he himself was going by the rules, and even though he was aspirational, he was still making statements because he assumed it was important to him. The officers denied that he erased it. Then he went and started on trying to reject some of his statements. He stated that he said that as a result of being on public assistance. As you say, the major cost period. No, it's not. There's still misrepresentation. When you say class 3, that doesn't seem to be necessarily a concern. It's established as a materiality, and it's indicated that there is a certain convenience there to a class 3. It's established as a materiality. The statement wasn't published. So it's acceptable. The community overhears it. And then during the class 3, the institution hasn't seen some of it. They'll say that the community actually is aware of it. It was not documented. It was not documented. It was not documented. It wasn't listed as a result during class 3. So for the class 3, it's a material. And if a new material came out in the class period, there was never any indication during the class period that the community changed its view on this. The community has seen the same qualities. It's no longer important. We no longer have the policy of zero tolerance to the class 3. The statements aren't disturbed. In 2006, we had a forum website during the class period. And if you were informed that you were in the class period during class 3, it's just fine. It's because the community statements made during the class period are to inform the community's view on the class period during class 3. And that's correct. And that's why the statement is able to be made into a way for the community to discuss the class period during class 3. The SBC itself has specific directives. It has specific provisions. The SBC concerning misuse of programs, concerning reporting of evaluations, manipulating, concerning unlawful sexual offences. All of those were stated to be true during the class period. But if somebody, on a scholarly basis, is, you know, in between the class period or the class period, you know, they wouldn't be making any false statements. And if you were just iterating, if you understood those two concerns, I would tell you that you did just the right thing. Because these earlier statements are, again, to try to gauge into the SBC. And so, you know, the class period, you know, the SBC concern seems to be, or the conscious concern seems to be, you know, dealing with, you know, what, in institutions like this, what generated the SBC, for example, becoming a question, et cetera, et cetera. And this is part of the process, the process, in which we study what people do in class 3, whether or not other corporate ethics codes are a material. Are corporate ethics codes a material? Do we have any tolerance for any bias? Do we follow violations easily? And this is a part of our agency, and our agency is already aware of the challenges. And for the reason now, that this SBC, that this, that will be the state institution, that we're seeing between the class period still, that's still going to be a state institution, H.G.Heard has made it clear that Heard's investigation of Heard occurred because the investigation that company commissioned in August of 2010 found SBC violations. I mean, they specifically said that was the reason why Mr. Heard and Angela resigned, it was the violation or violations that were found were the violations that made it appropriate to use corporate money for personal purposes. It was not company funds, but it was a simple common-sense reason. The violations, it appears, that the board relied upon to seek Mr. Heard's resignation, I mean, that appears to have been his use of corporate money. And, of course, there also were allegations by his former former contractor, Mr. Heard, that there were allegations of numerous instances of ill-marked sexual offenses in the course of the years. I think this was related to what was the basis for the board's decision, and what was the finding of the, what's the law firm which was on the committee that conducted the investigation, in a brief meeting with the chiefs of corporate funds. That relates to Mrs. Corbett. I mean, this was the only case where sexual harassment occurs in the company business, and there is historical evidence for that. It was in the use of corporate funds, so we had a situation, related to some of, where human trafficking occurred in the South, and dating from prior to the class period, and whatever other corporations might think about during this period, human trafficking occurred in the United States. This was in the past, and we take it very seriously. Violence is not acceptable, and we continue to report it immediately. And during the class period, the SBCS, which we currently have, said, all violence, all violence, has to be reported immediately. And, there is the use of the name, so, Mr. Hurst's decision, because they found violence in the markets, both last and the current year, 5 billion dollars worth, 5 billion dollars of market share, were erased in an instant. Well, I mean, we know that, for a 3 million dollar case, it is, you know, supposed to prevent sexual violence. And, so, I'm sure, I mean, I don't even know, you know, it's just a speculation, I'm not actually sure. But, you know, it's supposed to prevent, you don't have to separate, school costs, and so on and so on, but here, you can separate them. So, one would be the actual cost, but, what the company kept on saying, we will not tolerate violence, it's too much, it's actually, it can't be certain. So, it's preventable, and there's the dual basis. So, yeah, that's it. Okay. The, the district court, I asked you questions about what the district court said, already, in terms of representation and authority. The second part of what the district court said, was, the court of ethics is clearly, in desperation, and it cannot simply, be, every time a violation of the court occurs, it, it becomes liable, under federal law, for having chosen to adopt the program. And, there's a limit on the adoption of such programs, the fact that you may have to do, filing this with this court. So, I said, is there a case, that has never been brought, that I could look at, that would make, an employee in the court of ethics, taxable, under the securities law? I couldn't find a case. There, there are cases for a close ethics court, taxable, um, just according to the distinction of those cases, I'm sorry, those are violations. I, I mean, you didn't look at the end of my question. If I, look at the cases you cite, and I don't think they, really have a problem for citing them to be, is there anything you want to add? Because I don't think the cases you cite, really, go to the fact that this code, of conduct, ethics, serves. I think there are distinguishing characteristics to those cases. You're running out of time, rather than making it a brief case. Is there anything you want to add? Well, I think, you know, there are some cases that are made clear that, there is no rule out there, that does even, is intended to lead to answers, if it relates to a core business, or even compliance. None of the other cases, is quite distinguished on the grounds, that there is no core business, or even compliance, to control that distinction. This is material to HPE investors, because HPE, basically said, that this is material, that HPE must, afford during and after, and while, granted, it's aspirational, investors still have the right to believe, that HPE is compliant. So, hopefully, you can see this. There's material that is, for instance, suggesting to me, that, this would make, more important than the main case, if HPE, had simply, acted as ECC, but not said it as HPE. It's, it's, it's very fact. You're saying, to me, that, what your argument is, it's a company, and it's, has rules, for an ECC, under, they can't tell us, really, that they really, have one, or that they really, think it's worthwhile, or that they want to make sure, it's proper, because the minute, they step there, they can be subject, to this, fix. Well, your honor, what you're, subject to action, is, the people, the officers, of the company, are saying, yeah, the code, here it is, it's really important. I mean, what, is there any difference, that it could be, the charities, or, the body, has to do with,   to speak to the corporation. I, A I A I A I A I A I I A I A I A A I A A I A I A A I A I A I A A I A       I A I A I A I A A A I A A A I I I I          I A I A I A I I A I I A I I A I I I A A I A I A I A A I A I A A I A I I A I I A I I I I A A A I A I A A I A I A A I A I A I A I A A I I A I A I A I I A I A A I A I A I A I A A A I A I A I A I A I A A I        I I A I A A I A I A I I A A I I A I A I A I A  A A I A I I A A I A I A I A A I A I A I A A A A I A        A A A A A A A A A A A A A A A A B A
judges: Berzon, N.R. Smith, Christensen